JOHN FOSTER, Appellant, v. ANTONIO F. CORONEL et al., Respondents.

No. 1409; December 24, 1867.

Judgment—Collateral Attack.—A Judgment is Good Until Reversed, and therefore is not to be questioned for the first time in an action on an alleged wrongful sale in execution of it.

Execution—Wrongful Sale—Remedy.—If by the Misconduct of the officer property levied upon was sold at a sacrifice, the owner's remedy is against the officer for damages, not against the purchaser to recover the property.

APPEAL from First Judicial District, Los Angeles County.

———— & Chapman for appellant; V. E. & C. W. Howard and Morrison & King for respondents.

SAWYER, J.—We find no error in the record. The judgment is valid, at least until reversed. It is by no means certain that it would be reversed on appeal. The evidence excluded was inadmissible in this action. The judgment and execution authorized a sale of the property. If the officer, by his misconduct, induced a sale of the property for less than it would otherwise have brought, the remedy must be an action for damages, resulting from his acts, and not an action to recover the property, or its value.

Judgment affirmed.

We concur: Currey, C. J.; Rhodes, J.